829 A.2d 297

**Kenneth McINTYRE & Similarly Situated Persons, Appellant,**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS
& Robert D. Shannon, Superintendent, Appellees.**

Supreme Court of Pennsylvania.

July 23, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of July, 2003, the above-captioned appeal is quashed for failure to file a brief.